**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6065**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

SAMUEL WRIGHT,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-98-411, CA-99-800)

———————————

Submitted:  March 8, 2001          Decided:  March 16, 2001

———————————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Samuel Wright, Appellant Pro Se.  Richard Barton Campbell, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Samuel Wright seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Wright's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Wright</u>, Nos. CR-98-411; CA-99-800 (E.D. Va. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        <u>DISMISSED</u>

2